710

No. 87. 46TH STREET THEATRE CORP. ET AL. *v.* CHRISTIE. October 9, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Milton R. Weinberger* and *William Klein* for petitioners. *Messrs. Nathaniel L. Goldstein,* Attorney General, *Orrin G. Judd,* Solicitor General, and *Wendell P. Brown,* First Assistant Attorney General, filed a brief on behalf of the State of New York, as *amicus curiae,* in opposition.

No. 91. SITAMORE *v.* MAYO, STATE PRISON CUSTODIAN, ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Martin Caraballo* for petitioner. *Mr. J. Tom Watson,* Attorney General of Florida, for respondents.

No. 94. HOGAN *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles I. Francis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch, Chester T. Lane,* and *Mrs. Maryhelen Wigle* for respondent.

No. 95. UNION PACIFIC RAILROAD CO. *v.* THATCHER. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Messrs. Roy F. Shields, Robert F. Maguire,* and *Thomas W. Bockes* for petitioner. *Mr. George M. Naus* for respondent.